**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

IN RE: : CASE NO. 09-30457

**SHAWN M. WELKER** : **CHAPTER 7**
**BRANDI L. WELKER**
: **JUDGE: HUMPHREY**

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of **$0.53** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 USC § 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Dayton Power & Light Company, 1065 Woodman Drive, Dayton, OH 45432. | 8 | $ 0.53 |

Total Unclaimed/Small          Total Unclaimed
Dividends $25.00 or under      Dividends Over $25.00

**$0.53**

Dated:   04-14-10                                /s/ Roger E. Luring_____
                                                 **Roger E. Luring, Case Trustee**
                                                 **314 West Main Street**
                                                 **Troy, OH 45373**
                                                 **(937) 339-2627**
                                                 **#0010834**